# UNITED STATES DISTRICT COURT
for the
District of South Carolina

|  |  |  |
|---|---|---|
| Steven Lee Reynolds, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:19-cv-03206-TMC |
| Chad Gwinn *(jailor) in his individual and official capacity,* | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Steven Lee Reynolds*, shall take nothing of the defendant, Chad Gwinn *(jailor) in his individual and official capacity,* and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:   March 6, 2020

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

_____
*Signature of Clerk or Deputy Clerk*